

**Timothy J. Straub**
Managing Associate

timothy.straub@dentons.com
D +1 212 768 6821

Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
United States

大成 Salans FMC SNR Denton McKenna Long
dentons.com

```
┌─────────────────────────────┐
│ USDC SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____     │
│ DATE FILED:  2/18/2020      │
└─────────────────────────────┘
```

February 18, 2020

**VIA ECF**

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 15C
New York, New York 10007

Re:   Traynor v. Paul Fredrick Menstyle, LLC: Case No. 1:19-cv-06216-LJL

Dear Judge Liman:

We represent defendant Paul Fredrick Menstyle, LLC ("Defendant") in the above-referenced matter. We write, jointly on behalf of the parties to respectfully request the Court to stay all deadlines for forty-five (45) days, from February 18, 2020 to April 3, 2020

The requested stay will permit the parties to finalize efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigations. Once finalized the parties shall file a Stipulation of Dismissal with the Court.

Respectfully submitted,

*/s/ Timothy J. Straub*
Timothy J. Straub

cc:   All counsel of record (by ECF)

APPLICATION GRANTED. A status conference is also scheduled for April 6, 2020 at 10:00 a.m.

SO ORDERED. 2/18/2020.

LEWIS J. LIMAN
United States District Judge